## APPENDIX B. CRIMINAL CASE APPEARANCE FORM

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Rachel & Mordechai Sorotkin

CRIMINAL NO. 17-5008

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for _Mordechai Sorotkin_
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York
Court(s)

1987
Year(s) of Admission

Date: _____

_[signature]_
Signature of Attorney

Benjamin E. Rosenberg
Print Name

Dechert, LLP
1095 Avenue
of the
Americas
Address

New York, NY 10036
City  State  Zip Code

(212) 698-3622
Phone Number         Fax Number

RECEIVED
JUN 26 2017
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK