UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 17-5008 |
| MORDECHAI SOROTZKIN | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 17-5008, against defendant Mordechai Sorotzkin, which Complaint was filed on June 23, 2017, charging the defendant with knowingly and intentionally conspiring to commit an offense against the United States, namely theft of government funds, the value of which exceeded $1,000, contrary to Title 18 United States Code, Section 641, in violation of Title 18 United States Code, Section 371, because prosecution of defendant Mordechai Sorotzkin is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: November 27, 2018